IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMOS WALKER,

    **Plaintiff,**

v.                                        Case No.    4:16cv767-MW/CAS

M. BONDS, et al.,

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 3. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. This case is **transferred** to the United States District Court for the Middle District of Florida, Ocala Division, for all further proceedings, including resolution of the filing fee. The Clerk shall close the file.

**SO ORDERED on January 24, 2017.**

                                                s/Mark E. Walker        
                                                **United States District Judge**